**Order filed November 25, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00604-CV
_____

**BRIDGESTONE LAKES COMMUNITY IMPROVEMENT ASSOCIATION, INC., Appellant**

**V.**

**BRIDGESTONE LAKES DEVELOPMENT COMPANY, INC. AND ROBERT A. HUDSON, CLAUDIA J. HUDSON AND TIFFANY A. ROATH, INDIVIDUALLY, Appellees**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2011-53723**

## O R D E R

The clerk's record was filed November 6, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the supersedeas bond.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 15, 2015, containing the supersedeas bond.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM